IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN LAWRENCE, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS;<br><br>Plaintiff,<br><br>v.<br><br>SUN ENERGY SERVICES LLC D/B/A DEEP WELL SERVICES,<br><br>Defendant. | 2:23-CV-02155-CCW |

### ORDER TO SHOW CAUSE

The Complaint in the above captioned case was filed on December 28, 2023, and Defendant was served on January 8, 2024. *See* ECF No. 8. An Answer was due on or before January 29, 2024. As of this date, Defendant has not filed a responsive pleading to the Complaint nor requested an extension of time to do so, nor has Plaintiff taken any subsequent action for entry of default against Defendant.

Therefore, it is hereby ORDERED that Plaintiff show cause by **February 9, 2024** as to why the action should not be dismissed for failure to prosecute, or shall request an entry of default as to Defendant. Failure to comply with this Order may result in dismissal of the case.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record