## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| JUSTIN LAWRENCE individually and on behalf of similarly situated individuals, | Case No. 2:23-CV-2155 |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | |
| SUN ENERGY SERVICES LLC d/b/a DEEP WELL SERVICES, | |
| Defendant. | |

## STIPULATION

AND NOW, the Plaintiff, Justin Lawrence, individually and on behalf of similarly situated individuals, by and through his/their undersigned counsel, Trang Q. Tran, Esquire, and the Tran Law Firm, and the Defendant, Sun Energy Services, LLC, by and through its undersigned counsel, Mario R. Bordogna, Esquire, Julie A. Moore, Esquire, and Bowles Rice LLP, hereby agree and stipulate to extend the deadline for the Defendant's response to the Plaintiffs' Complaint until February 23, 2024.

Respectfully submitted,

Date: February 5, 2024

*/s/ Mario R. Bordogna*
Mario R. Bordogna, Esquire
Pa. I.D. No. 80905
Damon Thomas
Pa. I.D. No. 89497
Bowles Rice LLP
1800 Main Street, Suite 200
Canonsburg, PA 15317
Tel: 724-514-8944

Fax: 724-514-8954
Mario.Bordogna@bowlesrice.com
dthomas@bowlesrice.com


Julie A. Moore, Esquire
Pa. I.D. No. 307267
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV  26505
Tel: 304-285-2524
Fax: 304-285-2575
jamoore@bowlesrice.com

*Counsel for Defendants*


*/s/ Trang Q. Tran*
Trang Q. Tran, Esquire
TRAN LAW FIRM
Pa. I.D. No. 00795787
2101 City West Blvd., Suite 100
Houston, TX 77042
Tel: 713-223-8855
trang@tranlf.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JUSTIN LAWRENCE individually and on behalf of similarly situated individuals, | Case No. 2:23-CV-2155 |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | |
| SUN ENERGY SERVICES LLC d/b/a DEEP WELL SERVICES, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of February 2024, a true and correct copy of the Stipulation was electronically served upon the following counsel of record via the Court's CM/ECF system:

Trang Q. Tran, Esquire
TRAN LAW FIRM
Pa. I.D. No. 00795787
2101 City West Blvd., Suite 100
Houston, TX 77042

*/s/ Mario R. Bordogna*
Mario R. Bordogna, Esquire
Pa. I.D. No. 80905
Bowles Rice LLP
1800 Main Street, Suite 200
Canonsburg, PA 15317
Tel: 724-514-8944
Fax: 724-514-8954
Mario.Bordogna@bowlesrice.com
*Counsel for Defendants*

3

16502068.1