IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVAINA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| JUSTIN LAWRENCE, individually and on behalf of similarly situated individuals<br><br>Plaintiff<br><br>v.<br><br>SUN ENERGY SERVICES LLC d/b/a DEEP WELL SERVICES<br><br>Defendant | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-02155<br><br>CLASS ACTION COMPLAINT |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

Plaintiff Justin Lawrence ("Plaintiff"), individually and on behalf of similarly situated persons, by and through the undersigned counsel, hereby files this Response to the Court's Order to Show Cause (Dkt. #12), and respectfully shows the Court as follow:

1. Plaintiff filed his Original Complaint on December 28, 2023, in the Western District of Pennsylvania. (Dkt. #1).

2. Plaintiff successfully completed service and filed proof of such on January 9, 2024. (Dkt. #8).

3. On January 16, 2024, Defendant asked for an extension to file their response to the Original Complaint until February 23, 2024. Plaintiff responded that day and agreed.

4. As a result, Plaintiff understood that Defendant would not default on their answer.

5. On February 2, 2024, the Court entered an Order requiring Plaintiff to Show Cause as to why no action has been taken in this matter upon Defendants failure to timely file an answer. (Dkt. #12).

6. On February 5, 2024, the Defendant filed a joint Stipulation, outlining their agreement to extend Defendant's deadline to respond to Plaintiffs' Complaint. The new deadline is February 23, 2024.

**WHEREFORE**, Plaintiff respectfully provides good cause as to why this matter should remain open and requests that the Court allow Defendant to respond to the Original Complaint no later than February 23, 2024.

Respectfully submitted,

**TRAN LAW FIRM**

　　/s/ *Trang Q. Tran*
TRANG Q. TRAN
Pennsylvania Federal I.D: 00795787
2101 City West Blvd., Suite 100
Houston, Texas 77042
Ph.: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFFS,
individually and on behalf of similarly
situated individuals**

## CERTIFICATE OF SERVICE

On February 8, 2024 a true and correct copy of the foregoing was served, in accordance with the Federal Rules of Civil Procedure.

　　/s/ *Trang Q. Tran*
　　Trang Q. Tran